Carrie Gill, Respondent, v. Jamaica Bay Manufacturing Company and Others, Respondents.— Motion for resettlement of order granted. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ. Order to be settled before the presiding justice.

Joseph Griffin, Respondent, v. Pennsylvania Steel Company, Appellant. — Motions for reargument and for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Mary Horan, as Administratrix, etc., Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate in the Towns of Mount Pleasant and Greenburgh, etc.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of the Application of Milton Friedberg to Compel Sydney Rosenthal, an Attorney, etc., to Pay over Certain Moneys.—Appeal dismissed, with costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of the Petition of James C. Grindrod, etc., for an Order Revoking and Canceling Liquor Tax Certificate No. 10,820, Issued to Joseph Kerwin, etc. Motion granted, without costs. Present — Jenks, P. J., Thomes, Carr, Mills and Rich, JJ.

In the Matter of Robert S. King, an Attorney.—Matter referred to the Hon. Josiah T. Marean as official referee. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Isidore Oshlag, an Attorney.—We regard the conduct of the respondent as censurable, but in view of the fact that he has paid the judgment recovered by the plaintiffs the report of the referee is confirmed and the proceeding is dismissed. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.